**NOTE: CHANGES MADE BY COURT**

# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIDERIO RINGOR, an Individual,<br><br>    Plaintiff,<br>v.<br>ALBERTSONS COMPANIES, INC.;<br>and DOES 1 through 25, Inclusive,<br><br>    Defendant. | Case No. 8:22-cv-01375-FWS-KES<br><br>Removed from Orange County Superior Court Case No. 30-2022-01266479<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [18]** |

## ORDER

Having reviewed and consider the Parties' Joint Stipulation of Dismissal with Prejudice [18], and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-entitled matter is hereby **DISMISSED WITH PREJUDICE** based on the completed settlement, with each party to bear their own fees and costs, and judgment entered thereon.

**IT IS SO ORDERED**.

Dated: March 1, 2023

Honorable Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1